BEATRICE BOFF, an Infant, by Her Guardian ad Litem, JULIUS BOFF, and JULIUS BOFF, Appellants, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent.— In an action to recover damages for personal injuries claimed to have been sustained by the infant plaintiff as the result of the defendant's negligence while alighting from one of the defendant's trolley cars, and by her father for loss of services and for expenses, judgment in favor of the defendant and against the plaintiffs Beatrice Boff, an infant, by her guardian ad litem, Julius Boff, and Julius Boff, individually, in the sum of $538.70, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

TERESA BRAICE, Individually and as Administratrix, etc., of FRANK BRAICE, Deceased, Appellant, v. MICHAEL SAUNDERS and DOROTHY SAUNDERS, Defendants, and JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Respondent.— Action for wrongful death. Judgment in favor of the defendant insurance company unanimously affirmed, with costs. The motions to dismiss made by the defendant insurance company at the close of the plaintiff's case and at the close of the entire case should have been granted. On the facts in this record, as a matter of law, that defendant was not responsible for the negligence of the operator of the car which resulted in the death of plaintiff's decedent. (Dunne v. Contenti, 256 App. Div. 833.) This view makes it unnecessary to pass on the contention respecting the submission by the court of the single issue of whether the insurance company was responsible for the negligence of the operator of the car. The finding of the jury on this phase was in accord with the result that should have ensued as a matter of law. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

ANNE M. COLLITON, as Administratrix, etc., of JOHN M. COLLITON, Deceased, Respondent, v. UNITED SHIPYARDS, INC., Formerly Known as UNITED DRY DOCKS, INC., Appellant.— Action for damages for a wrongful death. Order denying defendant's motion to vacate the judgments entered, set aside the verdict, grant a new trial and direct restitution of moneys paid in satisfaction of the judgment, unanimously affirmed, with costs. The defendant was clearly guilty of laches and the Special Term's decision on the facts with respect to the merits may not be disturbed on this record. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

EVELYN DAVIS and PHILIP DAVIS, Appellants, v. BENJAMIN JABARA, Respondent.— In an action by plaintiff Evelyn Davis for damages for personal injuries, and by plaintiff Philip Davis for damages for personal injuries, property damage and loss of services, alleged to have resulted from the negligence of the defendant in the operation of his motor vehicle, judgment for defendant unanimously affirmed, with costs. No opinion. Appeal from order dismissed, without costs. No order is printed in the record on appeal. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.